# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**ERIC P. NERI**,  Case No. 7:13-CR-15 (HL)

  Defendant.

## ORDER

Before the Court are Defendant Eric Neri's Motion to Reduce Bond (Doc. 116) and Motion to Vacate Order Authorizing Temporary Release from Custody and to Withdraw Motion to Reduce Bond (Doc. 117). The motion to vacate and withdraw is granted, and the motion to reduce bond is therefore moot. The Court vacates its earlier orders on December 10, 2013 (Doc. 112) and December 16, 2013 (Doc. 115) granting the motions for release from custody. Defendant will remain incarcerated pending sentencing.

**SO ORDERED**, this the 18th day of December, 2013.

  *s/ Hugh Lawson*
  **HUGH LAWSON, SENIOR JUDGE**

scr